# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES HEAD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-22-339-SLP |
| WARDEN K. ZOOK, | ) ) ) |
| Respondent. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 4th day of April, 2024, this action is DISMISSED.

ENTERED this 4th day of April, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE